# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Raspberry-Besa, Samantha Renee | Docket No. | 0980 1:25CR02034-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Samantha Renee Raspberry-Besa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 17th day of September 2025, under the following conditions:

**General Condition #14:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage.

**General Condition #12:** Defendant shall be subject to random controlled substance testing administered by Pretrial Services and/or a treatment program and such testing shall not exceed six (6) times per month unless Defendant is participating in inpatient substance abuse treatment. While participating in inpatient substance abuse treatment, the treatment facility my conduct controlled substance testing on any frequency deemed appropriate by the facility/treatment program. Defendant shall submit to any method of testing required by the Pretrial Service Office and/or treatment program for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 18, 2025, the conditions of release were reviewed and signed by Ms. Raspberry-Besa acknowledging an understanding of her pretrial release conditions.

**Violation #1:** Ms. Raspberry-Besa is considered to be in violation of her pretrial release conditions by being in possession of alcohol on October 21, 2025.

On October 21, 2025, this officer received a telephone call from the Senior Outreach Coordinator of Oxford House, who reported that Ms. Raspberry-Besa had two alcoholic beverages in her vehicle located at the Oxford House. The coordinator also sent pictures of the beverages. This officer then contacted Ms. Raspberry-Besa by phone and instructed her to report to the probation office by 2 p.m. to provide a urinalysis (UA). Ms. Raspberry-Besa acknowledged the request and said she would comply.

At approximately 2 p.m., Ms. Raspberry-Besa arrived at the probation office; however, she failed to provide a UA sample within the allotted time frame of 2 p.m. to 3:10 p.m., resulting in a stalled test. During her visit, this officer informed Ms. Raspberry-Besa about the report concerning the alcoholic beverages in her vehicle and showed her the pictures. Ms. Raspberry-Besa confirmed that the beverages were indeed in her vehicle but claimed they belonged to her friend, not her. When asked what happened to the alcoholic beverages, Ms. Raspberry-Besa stated she had thrown them away.

**Violation #2:** Ms. Raspberry-Besa is considered to be in violation of her pretrial release conditions by failing to submit a to UA testing on October 21, 2025.

Please refer to the supportive evidence narrative found in violation #1.

**Re: Raspberry-Besa, Samantha Renee**
**October 24, 2025**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2025

by s/Kyle Mowatt

Kyle Mowatt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

10/24/2025

Date