ECF No. 68

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Raspberry-Besa, Samantha Renee | Docket No. | 0980 1:25CR02034-SAB-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Kyle Mowatt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Samantha Renee Raspberry-Besa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 17th day of September 2025, under the following conditions:

**General Condition #11**: Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**General Condition #14**: Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 18, 2025, the conditions of release were reviewed and signed by Ms. Raspberry-Besa acknowledging an understanding of her pretrial release conditions.

**Violation #1**: Ms. Raspberry-Besa is considered to be in violation of her pretrial release conditions by consuming cocaine on or before January 7, 2026.

On January 8, 2026, this officer received a telephone call from Ms. Raspberry-Besa's substance abuse counselor at the Tiinawit Program. The counselor reported Ms. Raspberry-Besa had a presumptive positive urinalysis (UA) on January 7, 2026, for alcohol and cocaine. The UA was sent to the laboratory for confirmation, and the counselor indicated she would contact this officer once the results were available.

Later that same day, this officer spoke with Ms. Raspberry-Besa about the UA results. She denied consuming alcohol or cocaine. She later reported to the probation office on this date, where she provided a negative UA.

On Monday, January 12, 2026, this officer received the laboratory results for the UA collected on January 7, 2026, which confirmed a positive result for alcohol and cocaine.

**Violation #2**: Ms. Raspberry-Besa is considered to be in violation of her pretrial release conditions by consuming alcohol on or before January 7, 2026.

Please refer to the supportive evidence narrative found in violation #1.

PRAYING THAT THE COURT ISSUE A WARRANT

Re: Raspberry-Besa, Samantha Renee
January 15, 2026
Page 2

                              I declare under the penalty of perjury that the foregoing is true and correct.

                              Executed on:    January 15, 2026

by    s/Kyle Mowatt

        Kyle Mowatt
        U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

1/15/2026
Date